**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KADJA JARRETT, | ) | CASE NO. 1:18CV02229 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | JONATHAN D. GREENBERG |
| | ) | |
| ANDREW SAUL, | ) | |
| | ) | **JUDGMENT** |
| Commissioner | ) | |
| of Social Security, | ) | |
| | | |
| Defendant. | | |

Consistent with this Court's contemporaneously filed Memorandum of Opinion and

Order, the Commissioner's final decision is AFFIRMED.

**IT IS SO ORDERED.**

   _s/Jonathan D. Greenberg_
Jonathan D. Greenberg
United States Magistrate Judge

Date: August 12, 2019

1